**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| **BARRY JACKSON** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **No. 6:10cv6029 RTD** |
| **V.** | * | |
| | * | |
| **NATIONAL INDEMNITY COMPANY, TEXARKANA CLAIM SERVICE, JAMES HAYNIE, AND H.J. SAELER, INC.** | * * * * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**STIPULATION OF DISMISSAL**

Comes now the Plaintiff, Barry Jackson, and the undersigned counsel having appeared in this action, and hereby notifies the Court that the parties have stipulated to the dismissal of Plaintiff's causes of action against Separate Defendants National Indemnity Company and Texarkana Claims Service.

The Plaintiff's cause of action against Separate Defendants, James Haynie and H.J. Saeler, Inc., has been settled and is pending a Consent Order of Partial Dismissal With Prejudice.

Wherefore, the parties now Stipulate that the Plaintiff's causes of action against Separate Defendants National Indemnity Company and Texarkana Claims Service be dismissed.

Respectfully Submitted,

Taylor A. King & Associates, P.A.
320 Main Street
Arkadelphia, AR 71293
(870) 246-0505

/s/ Richard Bright
Richard Bright, Bar No. 2005076
Attorney for Barry Jackson

Huckabay, Munson, Rowlett & Moore, P.A.
400 W. Capitol Street, Suite 1900
Little Rock, Arkansas 72201
(501)374-6535

/s/John Moore
John Moore, Esq.
Sarah E. Greenwood, Esq.
Attorneys for National Indemnity Company
and Texarkansa Claim Service

Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, Tennessee 38103
(901) 527-4673

/s/ Carl Wyatt
Carl Wyatt (TN D#12304)
Attorney for H.J. Saeler, Inc.