IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BARRY JACKSON                                                        PLAINTIFF

V.                         CIVIL NO. 10-6029

NATIONAL INDEMNITY COMPANY and
TEXARKANA CLAIM SERVICE                                             DEFENDANTS

**O R D E R**

NOW on this 12th day of July, 2010, comes on for consideration the Stipulation of Dismissal (doc. 21) filed by the parties.

IT APPEARING to the court that the matter has been settled, counsel for all parties having so advised the court, it is ORDERED that the case be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**